# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **RICK SHIMITZ, et al.,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:01CV27 |
| vs. | ) | |
| | ) | ORDER |
| **TYSON FRESH MEATS, INC.,** formerly known as **IBP, INC.,** | ) ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court for the scheduling of a final pretrial conference in preparation for the jury trial set the week of July 16, 2007 before the Honorable Laurie Smith Camp.

**IT IS ORDERED:**

1. The final pretrial conference with the undersigned magistrate judge is set for **Thursday, June 7, 2007 at 9:00 A.M.,** in chambers, Suite 2210, Roman L. Hruska, U. S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska. The final pretrial conference shall be attended by lead counsel for represented parties. Counsel shall complete prior to the pretrial conference, all items as directed in NECivR 16.2. By the time of the pretrial conference, full preparation for trial shall have been made so that trial may begin at any time during the session indicated.

2. Counsel shall submit to chambers their proposed Order on Final Pretrial Conference no later than **June 1, 2007.**

Dated this 20th day of April 2007.

BY THE COURT:

S/ F. A. Gossett
United States Magistrate Judge