IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **DARCEY SHIMITZ** and **CHAD SCHROEDER,** | ) ) ) | **CASE NO. 8:01CV27** |
| **Plaintiffs,** | ) ) ) | **ORDER** |
| v. | ) ) | |
| **TYSON FRESH MEATS, INC.,** | ) ) | |
| **Defendant.** | ) | |

Upon notice of settlement given to the Court on May 8, 2008, by counsel for the parties,

**IT IS ORDERED**:

1. The parties shall file a joint stipulation for dismissal (or other dispositive stipulation) with the Clerk of the Court which will fully dispose of the case on or before June 9, 2008. If the case is being dismissed, the stipulation shall comply with Fed. R. Civ. P. 41(a)(1)(ii), and shall state whether the dismissal is with or without prejudice;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice in accordance with NECivR 68.1; and

3. All case progression deadlines and/or hearings are hereby terminated and cancelled upon the representation that this case is settled.

DATED this 9th day of May, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge