IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DARCEY SHIMITZ and CHAD SCHROEDER, | ) ) ) | CASE NO. 8:01CV27 |
| Plaintiffs, | ) ) | ORDER |
| v. | ) ) | |
| TYSON FRESH MEATS, INC., | ) ) | |
| Defendant. | ) | |

This matter is before the Court on the parties' Joint Motion for Dismissal with Prejudice. The Court finds that the joint motion satisfies the requirements of Fed. R. Civ. P. 41(a)(1)(A)(ii), and it should be approved. Accordingly,

IT IS ORDERED:

1. The Joint Motion for Dismissal with Prejudice (Filing No. 513) is granted, and the relief requested therein is granted;

2. The Complaint and all claims in this matter are dismissed with prejudice; and

3. The parties will pay their own costs and attorney fees.

DATED this 4th day of June, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge